**UNITED STATES** *versus* **CHARLES H. CHAPMAN.**

JOURNAL ENTRIES: (1) Dec. 6, 1832: rule to plead; (2) Dec. 11, 1832: motion for continuance and

for commission to take testimony; (3) Dec. 19, 1832: motion for continuance and for commission granted; (4) May 8, 1833: continued; (5) Jan. 22, 1834: continued; (6) June 9, 1835: jury trial, verdict for plaintiff on first count, verdict for defendant on second and third counts; (7) June 10, 1835: motion for judgment; (8) June 11, 1835: judgment.

PAPERS IN FILE (1832–35): (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) declaration, plea of nil debet; (5) affidavit for continuance; (6–9) subpoenas; (10) writ of ca. sa. and return; (11) receipt—marshal to clerk. *File No. 71.*